AO 450 (Rev. 5/85)

# United States District Court

EASTERN DISTRICT OF NORTH CAROLINA
**WESTERN DIVISION**

| | |
|---|---|
| EUGENIA G. PURCELL,<br>   Plaintiff,<br><br>v.<br><br><br>CAROLYN W. COLVIN,<br>*Acting Commissioner of Social Security*,<br>   Defendant. | **JUDGMENT**<br>**CASE NO. 5:12-CV-376-D** |

Decision by the Court:

  **IT IS ORDERED AND ADJUDGED** that the Court adopts the conclusions in the Memorandum and Recommendations [D.E. 28]. Plaintiff's Motion for Judgment on the Pleadings [D.E. 23] is GRANTED, Defendant's Motion for Judgment on the Pleadings [D.E. 25] is DENIED, and the action is REMANDED to the Commissioner under sentence four of 42 U.S.C. § 405(g).

THE ABOVE JUDGMENT WAS ENTERED TODAY, **MAY 29, 2013,** WITH A COPY TO:

Charlotte Williams Hall  (via CM/ECF electronic notification)
Peter A. Heinlein  (via CM/ECF electronic notification)

|  |  |
|---|---|
| May 29, 2013<br>Date | JULIE A. RICHARDS, Clerk<br>Eastern District of North Carolina<br><br>/s/Debby Sawyer<br>(By) Deputy Clerk |

Raleigh, North Carolina