IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Civ. Action No. 5:12-00376-D

| | |
|---|---|
| EUGENIA G. PURCELL,<br>Plaintiff, | )<br>)<br>) ORDER |
| vs. | )<br>) |
| CAROLYN W. COLVIN,<br>Acting Commissioner of<br>Social Security,<br>Defendant. | )<br>)<br>)<br>)<br>) |

This action being submitted to the Court for entry of an Order agreed to by the parties, and it appearing that the parties have agreed that Defendant should pay Plaintiff the sum of $3,837.75 (Three Thousand Eight Hundred Thirty-Seven and 75/100) as a reasonable and appropriate attorney fee under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d), it is hereby

ORDERED that Defendant pay Plaintiff the sum of $3,837.75, sent to the office address of Plaintiff's attorney, in full satisfaction of all claims arising under the EAJA, 28 U.S.C. § 2412(d), and that, upon the payment of such sum, this case be dismissed with prejudice.

This 12 day of June 2013.

JAMES C. DEVER, III
UNITED STATES DISTRICT COURT JUDGE